Case: 1:23-cv-04917 Document #: 8 Filed: 11/28/23 Page 1 of 19 PageID #:42

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

SM

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

RECEIVED

NOV 28 2023 SMB

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

TYRECE Dean Coleman
_____
_____

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

County of Cook
Thomas Dart
Sergeant MR. E, Duran
Sergeant Ms. Martin Howard
Sergeant MR. John Doe
(ofc) MR. Martinez

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

Case No: 23-cv-16292
Judge Kness
Magistrate Judge Fuentes
PC6
DIRECT

(To be supplied by the Clerk of this Court)

(ofc) MR. J. DeAnGeles
(ofc) MR. LaGbabouna
(ofc) MR. Hernandez

CHECK ONE ONLY:

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

D.) Defendant — MS. Martin Howard
Title — Sergeant
Place of Employment — Cook County Jail

E.) Defendant — MR. John Doe
Title — Sergeant
Place of Employment — Cook County Jail

F.) Defendant — MR. Martinez
Title — Deputy Sheriff
Place of Employment — Cook County Jail

G.) Defendant — MR. J. DeAngeles
Title — Deputy Sheriff
Place of Employment — Cook County Jail

H.) Defendant — MR. Cacibobouna
Title — Deputy Sheriff
Place of Employment — Cook County Jail

I.) Defendant — MR. Hernandez
Title — Deputy Sheriff
Place of Employment — Cook County Jail

END

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

   A. Name: TERRECE DEAN COLEMAN

   B. List all aliases: _____

   C. Prisoner identification number: 20211223084

   D. Place of present confinement: Cook County Jail

   E. Address: 2700 S. California Ave Chicago, Ill 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: County of Cook

   Title: County of Cook

   Place of Employment: Cook County Chicago, Illinois

   B. Defendant: Mr Thomas Dart

   Title: Cook County Jail Elected Sheriff

   Place of Employment: ~~Mrs~~ Cook County Jail

   C. Defendant: Mr E. Duran

   Title: Sergeant

   Place of Employment: Cook County Jail

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Case: 1:23-cv-04917 Document #: 8 Filed: 11/28/23 Page 4 of 19 PageID #:45

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

### IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1.) On December 23, 2021 I was Transferred to Cook County Jail (hereafter) "CCS") from Stateville C.C. (one of Department of Correctional facilities...)

2.) I'am Currently "Pretrial Confinee" At Cook County Department of Corrections in Chicago Illinois I'am the Sole Plaintiff in this Action, And was At All times throughout this Complaint A "Pretrial Confinee" At CCDOC in Chicago Illinois unless Mentioned otherwise...)

3.) My Name is TYRECE DEON Coleman I have these issues At Hand.. 1.) Educational learning disability And I fall under the Americans with Disabilities Act (ADA) and Issues such As 2.) Hearing Impaired Hard of Hearing, 3.) My Mobility Result from Nerve Damag in My left leg And Foot, 4.) Chronic Lower Back Pain., 5.) A Rod And (6) Screws in Placed in My lower Back, 6.) Arthritis in My Neck with A Bulging Disc... 7.) A weak Right Knee... 8.) I Also take Psychiatric Medications For (P.T.S.D), Depression And stress And Now Bipolar disorder Mood swings...

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: Coleman v. County of Cook #23-cv-4917, #23-cv-4910, #22-cv-4915

B. Approximate date of filing lawsuit: July 27, 2023

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

D. List all defendants: For Excessive Force County of Cook, MR. Thomas Dart, MR. E. Duran, Ms. Martin Howard, MR. J. Deangeles, MR. Colibabonua, MR. Hernandez, → Next Page

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): United States District Court Northern District of Illinois

F. Name of judge to whom case was assigned: Judge Kness Rule on Petition And Judge Fuentes is the designated Magistrate Judge

G. Basic claim made: 1) Excessive force 2.) staff misconduct 3.) intentional discrimination Against A Person with Disabilities 4.) intentionally withholding Necessary Mental Health 5.) Deliberately indifferent 6.) inflicting tight Handcuffs → Next Page

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still Pending

I. Approximate date of disposition: July 27, 2023

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3    Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

D.) List All defendants: For (ADA) Issues
County of Cook, Mr. Thomas Dart, (Director) Mr. Martinez, (Director) Ms. Amanda Collegios, (ADA) Ms. Sabrina Rivero Conchola, (Sgt) Mr. Franzo, (Sgt) Mr. Voletine, (Lt) Ms. Deanes, (Lt) Mr. Meller, (Lt) Ms. Latham, (Sgt) Ms. Martin-Howard, (Supt) Mr. Rocco, (Supt) Mr. Cobble, (Sgt) Ms. Hill, (Ofc) Mr. Davis, (Sgt) Mr. Duran, (Ofc) Ms. Brown, (Ofc) Ms. ___, (Ofc) Mr. DeanGeles, (Counselor) Mr. Jewels, (Counselor) Ms. Mitchell, (Counselor) Ms. Scales, (Sgt) Mr. Christis, (Mental Health) Ms. Goodfriend

---

Medical Suit filed Names - County of Cook, Thomas Dart, (MD) Ms. Susan Sheppard, (Doctor) Mr. Taiwo, (Doctor) Mr. Andrew Defuniak, Cermak Health Services John Doe And Jane Doe, (ADA) Ms. Sabrina Rivero-Canchola ~~Conchola~~,

---

6.) Basic Claim made  7.) Failure to Properly train, discipline, supervision, monitor And Evaluate Officers.. 8.) Staff using Retaliation tactics.. 9.) Cruel And Unusual Punishments... 10.) Staff Conspiracy Against "Pretrial Confinee" 11.) Suffering from Excruciating Pain's And Being Personal Humiliated, Harassed, Being Suffering Distress, Mental And Emotional Anguish Injuries...

---

2.) Basic Claim made:
1.) Not Receiving Adequate (ADA) Assistance ~~intentional~~ And 2.) Intentional Discrimination, 3.) deliberate indifference, 4.) intentionally left Me to Suffering Humiliation, Harassment, Distress, Mental And Emotional Anguish Injuries...

---

3.) Basic Claim made:
1.) Negligently failed to Provide A Safe Environment for A Person with Disabilities.. 2.) Disregarding Medical Pain management Upon Arrival At "CCJ" I was intentionally stripped of All Pain And Psychiatric medications for months... 3.) deliberate indifference, 4.) Conditions of Confinement 5.) Disregarding "Pretrial Confinee" Pleads for Accommodation And Modifications Because of impairment Mobility.. 6.) ~~medical staff~~ Conspiracy to Unmind "Pretrial Confinee" Serious Medical Issues And Accomidation. 7.) intentionally left to Suffer Humiliation, Distress, Mental And Emotional Anguish Injuries...

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Plaintiff wish to sues County of Cook, And Thomas Dart in their official capacities And individual Capacities in the sum of $4,000,000⁰⁰ severally in the sum of $2,500,000⁰⁰ in Punitive damages Plaintiff wishes to sue Remaining defendants And Their official Capacities And individual Capacities And severally in the sum of $300,000⁰⁰ Each in Compensatory damage And sum $500,000⁰⁰ in Punitive damages ⟶ Next page of the Relief

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20____

_____
(Signature of plaintiff or plaintiffs)

TYRECE COLEMAN
(Print name)

#R55084
(I.D. Number)

Lawrence C.C.
10930 Lawrence Rd
Sumner, IL 62466
(Address)

Plaintiff Also wishes to sue (Ofc) Mr. Hernandez And (Sgt) Mr. John Doe for misfeasance And for Nonfeasance in the sum of $1,000,000.00

Plaintiff Also wishes to sue in the sum $2,000,000.00 for inflicted me with internal Pain, intentionally Distress, Mental And Emotional Anguish And suffering Humiliation And fear

Plaintiff Also wish the Judge order defendants to PAY Any And All Expenses stemmining from the Civil suit, including but Not limited to, Filing Fees, Attorney Fees, ~~Fees for serving~~ fees for Full deposition, stemagrapher, Law library Fees For Copies, U.S.M Fees For Serving All said defendants in this Case summons, Expert witness fees, Private investigator(s) Fees, standby Counsel fees, Any Postage Fees. Etc...

Wherefore, urepresented Plaintiff TYRECE DEON Coleman Respectfully request that this Honorable Court enter an Order Granting Plaintiff the following Relief: I have A Educational Learning disability And I Take Psychiatric Medications for (P.T.S.D) stress And Depressing And Now I'am taking Bipolar Medication for disorder for Mood Swings All I'am Asking For is Attorney Representation Because I'am A indigents Person...

### END OF Relief

4.) on 12/26/2022... Ms. Lauren Harmon sent to Cook County Department of Corrections to the following People... 1.) Mr. Thomas Dart, 2.) Lawyer Mr. Patrick McKeigue, 3.) Equip For Equality Lawyer Ms. Sophia Lou, 4.) Office of Professional Review, 5.) (ADA), 6.) ABC 7 News, 7.) Fox 32 News, And 8.) WGN 9 News, 9.) Lt Mr Rocco Div-9...

About My Hearing Impaired Problems And Amongst other health Related Conditions letting them All Know I was not Getting My Proper Aid, Benefits, Services, treatments And ok medication for other medical needs...

5.) Today my only Claims steme from 1.) Excessive force... 2.) Staff misconduct... 3.) Intentional discrimination Against A Person with Disabilities showing Disregards for failures to Help "Pretrial Confinee" with Aid, Benefits, And Services for His Health And Safety... 4.) For intentionally withholding Necessary mental Health treatment in A timely matter... 5.) Deliberately indifferent... 6.) inflicting tight Handcuffs that Resulted into "Pretrial Confinee" suffering internal Discomfort Pain's... 7.) Failure to Properly Train, discipline, supervised, monitor And Evaluate officers... 8.) Staff using Retaliation tactics... 9.) Cruel And unusual Punishments... 10.) Conspiracy Against "Pretrial Confinee"... 11.) Suffering Personal Humiliation, Distress, Mental And Emotional Anguish injuries...

These sheriff's officers At "Cook County Jail" they are Agreeing Between themselves to deprive And Disregarded "Pretrial Confinee" Rights to free from the use of excessive force that they Acted in furtherance of that Conspiracy by using stungun/Taser on the "Pretrial Confinee" when he wasn't A threat to staff safety or Health And Also he shell not have Been inflicted with excessive force Just Asking for Help manHandling, tight Handcuff's, Twisting And Bending wrist, to cause Internal Excruciating Pains is a Cruel And unusual Punishments that Left "Pretrial Confinee" suffering Personal Humiliation, Distress, Mental And Emotional Anguish injuries...

5.)



61) on January 2, 2022 at about 10:00AM Division-5-(1J) I was on the Phone talking to my Mother and Auntie asking them to call up to Cook County Jail Because they Had striped me of all my Pain medications and Psychiatric medication and the Conditions of Confinement was Horrible the Deck/Tier was Filthy and me and Another "Pretrial Confinee" was Cleaning up the tier I was Doing to take my mind off the Pain that I was enduing we was also placed in Freezing cold Temperature cells which my Body cannot take Going from warm to freezing cold temperature my nerve would start having Burning Picking Needles Poking sensation it's excruciating and discomfort pains without medications and then my chronic lower back pain would start hurting the pain is unbearable they also wasn't letting us go to commissary for allow proper necessities hygiene items...

I have also asked numerous time nursing staff and sheriff's officers staff I was complaining about I need to see a Doctor Because they are not giving me my serious pain and psychiatric medications I was on the Floor when a Bunch of sheriff's officers was coming in on the tier me and my mother was still on the Phone my Mother was also Recording the Phone calls I told the (SGT) Mr. John Doe I've Been asking sheriff's officers I need to see a Doctor Because they stripped me of all my pain medication and psychiatric (SGT) Mr. John Doe showed He was Negligent toward me by intentionally withholding me from necessary medical attention from with these serious injuries... and intentionally withholding medical attention and mental health treatment they have showed Deliberately indifferent due to my pleads for Help they also showed that lack of properly Being train the use of Excessive force to me with Disabilities is a cruel and unusual punishment and all defendants should be held liable and Responsible for their own misdeeds...

Then they started using EXCESSIVE Force when the Sheriff's Officers Pulled, Pushed me into the Wall Defendant (OFC) Mr. Martinez was Pushing me in my lower Back And Twisting my wrist I was in A lot of Pain And the Sergeant Defendant (OFC) Mr. John Doe Failed to intervene stop me from getting manhandled By (OFC) Mr. Martinez And Failed to Give me A Adequately investigation my Pleading And complaining And while (OFC) Mr. Martinez was still inflicting Pain to my Body the deliberately indifferent stop when (OFC) Mr. Martinez And (OFC) Mr. Heywood started Punching up each other mean Fighting I Believe (OFC) Mr. Heywood seeing what (OFC) Mr. Martinez was Doing to me so (OFC) Mr. Heywood was the one trying to intervene in Putting A stop to the Abuse I was Being inflicted with.. then the Next Altercation was the Sheriff's officers tryed to force me up the stairs But I Told them I needed to see Mental Health I Felt like I was Gonna Kill myself And I Told the officers that I was Gonna Kill myself in fall on Death ears..

    I have Alread went through alot of Excruciating Pains from (OFC) Mr. Martinez Abuse And use of EXCESSIVE force that he inflicted to my Body Now they are Pushing me, wrestling me, OR Tussling me to the floor 1.) I Can't lay Flat on my stomach OR Back without Going through Alot of Discomfort Pains... 2.) I have Nerve Damage And Chronic lower Back Pains And Putting me Flat on my Stomach on on the floor folding me up, Tussling And manhandling me my Neck was in Alot Pain, Low Back, And Leg in foot was Also in Alot of Pain I was in so much Discomfort Pain I Believe Somebody even sit on me I was in Alot of Pain And with No Pain Medication OR PSYchiatric medications I was only Seeking Mental Emotionally Abused in And the Rule HandBook if State they would treat me Respectful And farely with Respect And Dignity is that what the officers from (CCJ) Division-5 Call this Respect And Dignity first off the CSGH Mr. John Doe Failed to stop (OFC) Mr. Martinez And other Defendant from useing EXCESSIVE force Pushing me, wrestling me, OR Tussling me to the floor that is called deliberately indifferent And Negligent Help And intentional discrimination A Person with Serous

Life threaten Disabilities, And inadequate Medical Attention And Mental Health treatment, And He failed to (Sgt) Mr. John Doe Failed to Properly train, discipline, monitor And Evaluate Officers He watched Cofc) Mr. Martinez Abuse And use Excessive force to A Person with Disabilities That was only Asking For Help I was on the floor no shoes on my feet. I wasn't in A threaten manner... And this is Also Cruel And unusual Punishments...

7.) on April 1, 2022 At around 11:04AM Division-9-1E CRW) Defendant Sheriff officer Sergeant Mr. E, Duran #3214 was Assigned to Div-9 CRW) tires I've Been Complaining about medical Attention And for my Hearing aid to Be Returned Back to me And Knee Brace And Hand Brace. I Refused to Give up the food Chuckhole for these Medical Issues I was in A lot of Pain I Just need to See A Doctor... (Sgt) Mr. Duran Showed up When He Got to my Room He Said Something to me But I Could not Hear Him from All the Detainees Yelling And Banging on they Chuckhole When it stoped (Sgt) Mr. Duran said to me Put your Fucking Arm Back in the Fucking Chuckhole I Told Him I am Seeking Medical Attention And for my Hearing Aid Back from Division-6 I've Been Complaining And Nobody is Doing Anything to Help this Situation At Hand... Then (Sgt) Mr. Duran He then Cut on His (B.W.C) Body Watch Camera I Told Him I am I Can't take my arm out the Chuckhole Because I am Seeking Help (Sgt) Mr. Duran than Pulled out His Stungun / Taser in Shoot Me in my Uper left arm I was never A threat to Staff safety or Health or to Anyone I was Just Looking for Adequate Medical Attention And for my Hearing aid Back...

This was intentional use of force that Should be Characterized As intentional, unjustified, brutal, And offensive to Human dignity I was Just Asking for Help (ADA) Services to be met in A timely manner And medical Attention for my Pain That I was Going Through the intentional Disregard for Assistance for Help... (Sgt) MR. E, DURAN #3214 HE was in this Case Deliberate Indifferent, And He Did us Physical Excessive force when He us A stungun / Taser to my Body when I was not A threat to His Sheriff's Officers Staff in DIV-9-1E CRW) And He Shown intentional Discrimination Against A Person with Disabilities Which Cause me to Suffer Excruciating And Discomfort Pains (Sgt) MR. E, DURAN #3214 Lack Properly train, discipline Monitor And Evaluate officers -IF- (Sgt) Mr. E. Duran was Properly Train, And Discipline that would be never Happen... And this is Also Cruel And unusual Punishments...

8.) On March 23, 2023 At around 2:58 pm Division-9 2D-shift was about to change the tier wasn't locked up "Yet" And Defendants (SGT) Ms. Martin Howard #3401 I Told Her I have A Memo in the Bubble saying I can Be out from 7am-to-3pm And from 3pm-to-11pm to use My (ADA) services, (OFC) Mr DeanGeles Don't want to let me out my Room to Receive my (ADA) service (OFC) mr DeanGeles Grab my wrist so He did so I Give Him my other Hand then He closed the Handcuffs tightly then twisted my wrist force me to walk to my cell then (OFC) mr DeanGeles said I tryed to hit Him He started yelling I couldn't Hear what He said then.



This is some Retaliation tactic (OFC) mr. DeanGeles sprayed me with mace I feel He was trying to justify this Bogus theory about He was in fear of Receiving A Battery He was twisting my Hand And wrist And Pulling my arm That is use of Excessive force And Cruel And unusual Punishments... So Now I'am Being Escorted to BullPen-2 in Div-9- 23-2023 By (SGT) Ms. Martin Howard while the Mace was still in face And Eyes if you watch Her (B.W.C.) Body.Watch camera I was Pleaded with (SGT) ms. martin Howard that she Put the Handcuffs in front of me so I can wash out the Mace in my face And Hair And I told Her I have A weak Right knee And other medical Issues she intentionally Disregarded my Health And safety And she show Retaliation tactic And deliberately indifferent And failed to intervene in stoping the situation Befor it Got out of Hand This was Cruel And unusual Punishments I was Pushed to the wall Hand And wrist twisted then then sprayed with mace By (OFC) mr. DeanGeles then (SGT) ms. martin Howard kept my Hand Cuffs Behind my Back I fall over the toilet And fall on my Head, misconduct And Excessive force And Discrimination Against A Person with Disabilities And it show Retaliation tacties Becouse I was filing Grievance Against the Defendant Numerous of times And (SGT) Ms Howard Deliberately indifferent to Help or stop the situation

9.) In Division-9-2H-CRW on April 15, 2023 at around 8PM Defendants Sheriff's officers (ofc) Mr. Cagbabanua #16381 was partner with (ofc) Mr. Hernandez #18896 was assigned to 2H-CRW I was being escorted to receive my medication I told (ofc) Mr. Hernandez I was about to refuse because of conditions of confinement issues I couldn't bear the heat coming through the vetilation the tempereture of the heat was to high, to hot cause me to have nose bleeds and I really couldn't breathing and other "Pretrial Confinee" was passing out in the dayroom I couldn't breath in the room because the chuckhole I have a lock on it and its plexiglass on the top of the door I just needed some air these people don't care about our health and safety..

So when my hand got uncuffed I received my medication from Nurse Ms. K I put my hand back behind my back I was not a threat to anybody even sheriff's officers staff I wasn't a threat to anybody health and safety I sit on the floor and told (ofc) Mr. Hernandez again I was refusing because it's to hot and I need to talk to (sgt) Mr Szul and I'mnt go in the room...

(ofc) Mr. Hernandez was about to call it in He said I'am not about to do this with You Coleman Don't ask me to do anything again.. (ofc) Mr. Cagbabanua said what's new (ofc) Mr. Hernandez said I have to call this in it's to hot for this shit Coleman.. (ofc) Cagbabanua said Don't call it in let's just force Him up soul (ofc) Mr. Hernandez said okay they both forcely pick and pulled up off the I did not move or resist somebody tighten the handcuffs on my wrist in shoved and slam me to the wall I was dizzy and in alot pain from the whiplash then the officer was yelling about something probably lock up then I felt some excruciating pain come from hand and wrist I got on my tipy toes to try to prevent from my wrist or hand gotting brocken. I yelled to the officer on my right side where the pain was coming from (ofc) Mr. Cagbabanua had my wrist and right hand I was telling him to let go of my wrist !! you are about to break my wrist He was still yelling something to me -but- I'am Hearing Impaired/ hard of Hearing my right ear is weak and I don't really think I'am hearing anything in my left ear You can't Be Yelling at me if You what me to hear it....

So His Partner (ofc) Mr. Hernandez wasn't intervening to stop the excruciating pain and the use of excessive force that was being inflicted against me — which (ofc) Mr. Cagboboung was seconds away from breaking my wrist or hand I felt like I was being inflicted with Cruel and unusual Punishment because I was asking for help again use of excessive force Failure to follow Instruction it is inappropriate and excessive to use force for a Rule violations which do not present a threat to safety or security

(ofc) Mr. Hernandez negligently or intentionally failed to interfer or intervene or Protect me from (ofc) Mr. Cagboboung who was violating my Rights by striking, beating, pushing shoving to a wall, punching cousin internal Pain and neck and Hand, wrist and body with through a lot of Pain (ofc) Mr. Hernandez was deliberately indifferent All individuals should should be held responsible for their own misdeeds..

(ofc) Mr. Cagboboung use of force that could be characterizes as Intentional, unjustified, brutal, and effensive to Human Dignit the evidence would show it was the use of excessive ~~unnecessary~~ force in the wrist and Hand it was swollen I could not do nothing with my Right Hand For months that was to much to bear the witnesses on April 16, 17, and 18 2023 was Division-9 Nurses Ms. Price, and Nurse Ms. Jeelon M. Huttamma, (ofc) Mr. E. Santana, (ofc) Mr. B. Pascascio #18294, (ofc) Mr. Watsion and the male Nurse who did my X-Ray of my Hand and wrist

if (ofc) Mr. Cagboboung was Properly train, discipline, supervised, and monitor and evaluate officers. this would Never Happen to me this is not conspiracy theories These are facts that County of Cook and Thomas Dart are trying to unmind the use of excessive force that Division-9 staff are shown Numerous times and (ofc) Mr. Cagboboung was Also fired for the using Excessive force to Another "Pretrial Confinee" in Division-9 they are teaching these staff memebers to use the cameras to they advantage while they are using Excessive force this is also staff misconduct that (ofc) Mr. Cagboboung use excessive force to a Person that wasn't a threat to his or his partner Health, safety, and security... if it wasn't excessive or misconduct I would've never need a X-Ray done to my hand and wrist ..

11.) All said defendants, is or was an employee of the County of Cook in Chicago Illinois and acted within the scope of their employment in committing the misconduct described throughout this complaint. All defendants are responsible, accountable and thus, liable for any and all the acts stated above and the direct proximate result of the actions of said defendants the plaintiff suffered violations of his guaranteed federal rights, emotional anxiety, and distress, humiliation, fear, pain, and suffering future pain and suffering, and monetary loss...

12.) Defendants "County of Cook" and Sheriff Thomas Dart has failed in their robust duty to provide proper training, discipline, and supervision, monitor and evaluate officers and sheriff's officers as a whole and as a result of their failures plaintiff suffered substantial internal pains and injuries to his neck, back, and wrist and hand and had to take X-rays on hand and wrist..... County of Cook, Sheriff Thomas Dart custom, policy, or practice is so widespread that the need for these defendants failures Mr. Coleman are subjected to continuous mental verbal and internal pains and physical abuse by sheriff's at "CCJ"...

County of Cook and Sheriff Thomas Dart have a custom, policy practice of permitting his sheriff's to... 1.) Retaliate against detainees who file grievances complaints about county jails conditions...
2.) Retaliating against detainees who files civil rights lawsuits...
3.) Detainees who is only asking for help should not be inflicted with excessive force, manhandling, tight handcuffs, twisting and or bending a detainees wrist or hand intill it's about to breaks, and also striking, beating, punching, pushing and shoving detainees into walls which is cruel and unusual punishments....
4.) Conditions of confinement clean out room before putting detainees in and clean vetilation so pretrial detainees could breathe thats in cells that have locked chuckhole and plexiglass on the top of the door making it hard to breathe, heat exhaustion, humid, temperetures are coming through the vetilation we need good air circle and good air quality so that sheriff's officers and medical staff doctors, nurses can do they job without being inflicted with cruel and unusual punishments...
5.) Being deliberately indifferent to serious health hazards and future injuries....
6.) Not having a drop-box that needs a key to be opened so pretrial detainees can have insurance on their grievances being submitted..

7.) Intentional discrimination Against a Person with Disabilities Showing Disregards for detainee Health And safety...

8.) Showing intentionally withholding me from Necessary And serious medical Care..

9.) Showing inAdeQuate medical Attention And Mental Health treatment...

10.) Being deliberately indifferent Towards "Pretrial Confinee" Health And safety.. And Any violation of "Pretrial Confinee" Rights Defendants are suppose to BE lieble And Responsible for their own Misdeeds...

11.) County of Cook And Thomas Dart are underminding the Use of force that Should Be Characterizes As Intentionally, UnJustified, Brutal, And Effensive to Human Dignit that They Subordinate are using Excessive Force Against "Pretrial Confinee".

THESE widespread, Custom, Policies, And Practices that coused detainee internal Pain's And Suffering Personal Humiliation, Distress, Mental And Emotional Anguish injuries Due to Being inflicted to The Intentional, unjustified, Brutal, And Effensive to Human Dignit EXCESSIVE Force Because of the poorly Train, discipline, Supervised, monitor And Evaluate officers. This should've never Happen when A "Pretrial Confinee" was Seeking to Speak to A lieutenant OR A Sergeant. And Nobody should Be intentionally Disregarded to take off the Handcuffs And Put the Handcuffs to the front to Let the mace out His face And Hair Peoperly And to Prevent Himself from falling Due to medical Issues that violate "Pretrial Confinee" Rights to Be treated fairly with Respect And Dignit. And. Nobody should be Taser Because He did not Put His arm in the Chuckhole Because He is Seeking Help HE Not A threat to staff safety OR Security No!! "Pretrial Confinee" that is Seeking Help should not Be Unjustified, Brutal. Assaulted These Defendants have in some WAY Violated "Pretrial Confinee" Rights with THEIR EXCESSIVE force tactics, misconduct and denials...



END

US POSTAGE $009.97
ZIP 62466
NOV 20 2023

Tyrece Coleman #R55084
Lawrence C.C.
10930 Lawrence Rd
Sumner, IL 62466

RECEIVED
PRIVILEGED

United States District Court
Northern District of Illinois
Prisoner Correspondence # 20th Floor
219 South Dearborn Street
Chicago, Illinois 60604

LEGAL mail

CERTIFIED MAIL
7022 3330 0001 2180 9735

11/28/2023-10

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CUW
2104 S. Dearborn St
Chicago IL 60604

9590 9402 7741 2152 6696 51

2. Article Number (Transfer from service label)
7022 3330 0001 2160 9735

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X

B. Received by (Printed Name)  C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

☐ Agent
☐ Addressee

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery ($500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt